United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTRAUD ELKA HODGES,
Plaintiff,
v.
ASSETMARK, INC.,
Defendant.

Case No. 26-cv-05738-MMC

**ORDER CLOSING CASE FOR STATISTICAL PURPOSES**

By order filed August 21, 2026, the following cases were consolidated for all purposes: (1) Hodges v. Assetmark, Inc., Case No. 26-5738; (2) Olita v. Assetmark, Inc., Case No. 26-5827; (3) Haddad et al. v. Assetmark, Inc., Case No. 26-5890; (4) Poma v. Assetmark, Inc., Case No. 26-6017; (5) Hickey v. Assetmark, Inc., Case No. 26-6136; (6) Warburton v. Assetmark, Inc., Case No. 26-6154; (7) Barr v. Assetmark, Inc., Case No. 26-6288; and (8) Shaw v. Assetmark, Inc., Case No. 26-6375, and Case No. 26-5738 has been designated the Master File. (See Doc. No. 21.)

In light thereof, Case Nos. 26-5827, 26-5890, 26-6017, 26-6136, 26-6154, 26-6288, and 26-6375 are hereby CLOSED for statistical purposes only. Nothing contained in this order shall be considered a dismissal or disposition of said cases or of any claim made within them. Should further proceedings become necessary or desirable in said cases, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: November 5, 2026

MAXINE M. CHESNEY
United States District Judge